UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 24-855 KK (E)                    Date: June 18, 2024

Title     Daniel Kauwe v. Nicole Caceres, et al.

Present:  The Honorable: **CHARLES F. EICK, UNITED STATES MAGISTRATE JUDGE**

| Valencia Munroe | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
|---|---|
| N/A | N/A |

**Proceedings:   (IN CHAMBERS)**

The Court is in receipt of three Declarations from Plaintiff, all filed June 13, 2024, and entered on the docket June 17, 2024. The time within which Plaintiff may file a First Amended Complaint is extended to July 24, 2024. Except as expressly stated herein, any relief sought in the above-referenced Declarations is denied and all provisions of the "Order Dismissing Complaint With Leave to Amend," filed and entered by the District Judge on May 24, 2024, remain in force.

cc:     Judge Kato
        Plaintiff

                                                                    :
**Initials of Preparer**        vmun