JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL KAUWE, | No. SA CV 24-855-KK(E) |
|     Petitioner, | |
|   v. | JUDGMENT |
| NICOLE CACERES, ET AL., | |
|     Respondents. | |

    Pursuant to the Order filed concurrently herewith, it is adjudged that this action is dismissed with prejudice.

DATED: _November 13, 2024_

_____

KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE